UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TAUHID CHOUDHURY and LEVI MEYERS, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 4:12-cv-00722-RAS-DDB |
| JAGUAR COURIER SERVICE, INC. and EDDIE WATSON, | § § § § | |
| Defendants. | § § § | |

## ORDER APPROVING SETTLEMENT
## AND DISMISSAL OF CLAIMS WITH PREJUDICE

On this day came to be heard Plaintiffs Tauhid Choudhury and Levi Meyers, and Defendants Jaguar Courier Service, Inc. and Eddie Watson (collectively, the "Parties"), who have announced to the court that they have reached a full and final resolution in this cause.

The court has reviewed the stipulations of the Parties contained in the motion for approval and has reviewed the settlement agreement for fairness. The court finds that the settlement has been negotiated by the Parties with the advice of counsel. The court further finds that the settlement is fair, reasonable, and adequate under the Fair Labor Standards Act and in the best interest of the Plaintiffs. It is, therefore,

**ORDERED, ADJUDGED, and DECREED** that the Settlement Agreement entered into by the Parties in the above-captioned case is hereby APPROVED and this case is hereby **DISMISSED WITH PREJUDICE**.

It is further **ORDERED, ADJUDGED, and DECREED** that each Party shall bear his, her, or its own costs and attorneys' fees except as may be agreed otherwise by the Parties.

The Joint Motion to Dismiss With Prejudice And For Approval Of Settlement [de#36] is GRANTED.

IT IS SO ORDERED.

**SIGNED this the 14th day of February, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE